**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

IN RE:

    **James C Henderson, Jr.**                   CASE NO. 13-21476
                                                        CHAPTER 13 PROCEEDING
S.S.#  **xxx-xx-6363**                            JUDGE DANIEL S. OPPERMAN

**and**

    **Jodi K Henderson**

S.S.#  **xxx-xx-8567**
                   Debtor(s)

> **PLAN SUMMARY**
>
> *For informational purposes only.*
>
> ACP: **60** Months
> Minimum Plan Length: **36** Months
> Plan payment: $ **1,260.00** per Month
> Minimum dividend to Class 9 Creditors $ _____
> Percentage of Tax Refunds committed 100%

**CHAPTER 13 PLAN**

[ ] Original              **OR**       [ ] Pre-Confirmation Modification #       [X] Post-Confirmation Modification # 1

> **NOTICE TO CREDITORS:**
> **YOUR RIGHTS MAY BE AFFECTED. THIS PLAN MAY BE CONFIRMED AND BECOME BINDING WITHOUT FURTHER NOTICE OR HEARING UNLESS A TIMELY WRITTEN OBJECTION IS FILED.**
> **READ THIS DOCUMENT CAREFULLY AND SEEK THE ADVICE OF AN ATTORNEY**.

I. **STANDARD MODEL PLAN; INCORPORATION OF ADDITIONAL TERMS, CONDITIONS AND PROVISIONS; ALTERATIONS NOTED:**

     A.      **THIS PLAN IS SUBJECT TO AND INCORPORATES BY REFERENCE THE ADDITIONAL TERMS, CONDITIONS AND PROVISIONS WHICH MAY BE FOUND AT WWW.13EDM.COM or WWW.MIEB.USCOURTS.GOV.**

            **INTERESTED PARTIES MAY ALSO OBTAIN A WRITTEN COPY OF THE ADDITIONAL TERMS, CONDITIONS AND PROVISIONS APPLICABLE TO CHAPTER 13 PLANS FROM DEBTOR'S COUNSEL UPON WRITTEN REQUEST.**

     B.      This Plan conforms in all respects to the Standing Chapter 13 Trustees' Model Plan which is referenced in Administrative Order 12-05 issued by the U.S. Bankruptcy Court for the Eastern District of Michigan. Those sections of this Plan that vary from the Model Plan are listed in this paragraph (any alterations not stated in this section are void):

II. **APPLICABLE COMMITMENT PERIOD; PLAN PAYMENTS; PLAN LENGTH; EFFECTIVE DATE AND ELIGIBILITY FOR DISCHARGE:**

     A.      Debtor's Plan Length shall be **60** months from the date of entry of the Order Confirming Plan. *See Paragraph J of the Additional Terms, Conditions and Provisions for additional information regarding Completion of Plan.*

     B.      Debtor's plan payment amount is $**1,260.00** per month through February 2018 at which time the Debtor's 401k loan will be paid and the plan payment will increase **$116.00** per month to **$1,396.00** per month.

     C.      Future Tax Refunds. *See Paragraph A of the Additional Terms, Conditions and Provisions for additional information regarding Tax Refunds and Tax Returns.*

**FOR CASES ASSIGNED TO BAY CITY DIVISION:** *Check only one box. If none are checked or more than one box is checked, paragraph 2 shall apply:*

1. ☐ Debtor's Plan proposes a 100% dividend to unsecured creditors. Therefore, Debtor is not required to remit any future tax refunds.
2. ☐ Debtor's Plan proposes less than a 100% dividend to unsecured creditors and Debtor's Schedule I *does not* include a pro-ration for anticipated tax refunds. Debtor will remit 50% of all Federal and State Tax Refunds that Debtor receives or is entitled to receive after commencement of the case.
3. ☒ Debtor's Plan proposes less than a 100% dividend to unsecured creditors and Debtor's Schedule I *includes* a proration for anticipated Federal Tax Refunds. Debtor will remit 100% of all Federal and State Tax Refunds that Debtor receives or is entitled to receive after commencement of the case to the extent the refund exceeds the sum of twelve times the amount of the Federal and State Tax Refund pro-ration shown in Schedule I.

   D. N/A

   E. N/A

**III. DESIGNATION AND TREATMENT OF CLASSES OF CLAIMS:** *See Paragraph F of the Additional Terms, Conditions and Provisions for additional information regarding the order in which claims are to be paid.*

   A. **Class One – TRUSTEE FEES** as determined by statute.

   B. **Class Two – ADMINISTRATIVE CLAIMS, INCLUDING ATTORNEYS FEES AND COSTS:**

   1. **PRE-CONFIRMATION ATTORNEY FEES:** In lieu of filing a separate fee application pursuant to 11 USC §327 and §330, Counsel shall accept the sum of $ **3,500.00** for services rendered plus $ **0.00** for costs advanced by Counsel, for total Attorney Fees and Costs of $ **3,500.00** through the Effective Date of the Plan. The total Attorney Fees and Costs less the sum of paid to Counsel prior to the commencement of this case as reflected in the Rule 2016(b) Statement leaving a net balance due of $**3,500.00**, will be paid as an Administrative Claim.

   2. **POST-CONFIRMATION ATTORNEY FEES:** *See Paragraph D of the Additional Terms, Conditions and Provisions for additional information.*

   3. **RETENTION OF OTHER PROFESSIONALS FOR POST-PETITION SERVICES:** N/A

   4. **OTHER ADMINISTRATIVE EXPENSE CLAIMS:** Any administrative expense claims approved by Order of Court pursuant to 11 USC §503 shall be paid as a Class Two administrative claim. *See Paragraph E of the Additional Terms, Conditions and Provisions for additional information.*

   C. **CLASS THREE – SECURED CLAIMS TO BE STRIPPED FROM THE COLLATERAL AND TREATED AS UNSECURED CLAIMS TO BE PAID BY TRUSTEE.** N/A

   D. **CLASS FOUR - SECURED CLAIMS ON WHICH THE LAST CONTRACTUAL PAYMENT IS DUE BEYOND THE LENGTH OF THE PLAN. 11 USC §1322(b)(5).**

   1. **Continuing Payments that come due on and after the date of the Order for Relief** *(See Paragraph P, Paragraph L and Paragraph EE of the Additional Terms, Conditions and Provisions for additional information):*

| Creditor | Collateral | Monthly Payment | Direct, Via Trustee or Surrendered |
|---|---|---|---|
| **Wells Fargo** | **Residence** | **$979.02** | **Via Trustee** |

   2. *Pre-Petition Arrearages to be paid by Trustee:*

| *Creditor* | *Collateral* | *Arrears Amount* | *Estimated Average Monthly Payment* | *Months to Cure From Confirmation Date* |
|---|---|---|---|---|
| **Wells Fargo** | **Residence** | **$5,090.84** | **N/A** | **60** |

   *E. CLASS FIVE - SECURED CLAIMS ON WHICH THE LAST PAYMENT WILL BECOME DUE WITHIN THE PLAN DURATION. 11 USC §1322(c)(2). (See Paragraph H, Paragraph L and Paragraph O of the Additional Terms, Conditions and Provisions for additional information):*
   1. **Creditors to be paid Equal Monthly Payments, 11 USC §1325(a)(5)(B): N/A**

2. **Creditors not to be paid Equal Monthly Payments, 11 USC §1325(a)(5)(A): N/A**

F. **CLASS SIX – EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES. 11 USC §§365, 1322(b)(7): – Debtor assumes the executory contracts and unexpired leases listed in subparagraph 1.** *(See Paragraph K of the Additional Terms, Conditions and Provisions for additional information):* **N/A**

G. *CLASS SEVEN – PRIORITY UNSECURED CLAIMS. 11 USC §§507, 1322(a)(2).*

   *1. & 2. Domestic Support Obligations:  N/A.*

   *3. All Other Priority Unsecured Claims [11 U.S.C. §1322(a)(2)]*

| *Creditor* | *Amount* | *Direct or Via Trustee* |
|---|---|---|
| **State of Michigan** | **$320.30** | **Via Trustee** |

H. *CLASS EIGHT – SEPARATELY CLASSIFIED UNSECURED CLAIMS. 11 USC §1322(b)(1):* **N/A**

I. **CLASS NINE - GENERAL UNSECURED CLAIMS:** Trustee shall pay the Unsecured Base Amount.

IV. **OTHER PROVISIONS: NA**

| | |
|---|---|
| **/s/ Michael J Shovan** | **/s/ James C Henderson, Jr.** |
| **Michael J Shovan P43362** | **James C Henderson, Jr.** |
| Attorney for Debtor | Debtor |
| **5090 State Street** | |
| **Building A** | |
| **Saginaw, MI 48603-7706** | |
| Street Address | **/s/ Jodi K Henderson** |
| **Saginaw, MI 48603-7706** | **Jodi K Henderson** |
| City, State and Zip Code | Joint Debtor |
| **mike@mikeshovan.com** | |
| E-Mail Address | **June 11, 2014** |
| **(989) 233-9389** | Date |
| Phone Number | |

Chapter 13 Model Plan - version 3.0

3

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                                                                                   Best Case Bankruptcy

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | | | | | |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | | | | | |
| **HHG/PERSONAL EFFECTS** | | | | | |
| **JEWELRY** | | | | | |
| **CASH/BANK ACCOUNTS** | | | | | |
| **VEHICLES** | | | | | |
| **OTHER (itemize)** | | | | **ALL EXEMPT** | |

| | | |
|---|---|---|
| Amount available upon liquidation | $ | 0.00 |
| Less administrative expenses and costs | $ | **0.00** |
| Less priority claims | $ | **0.00** |
| Amount Available in Chapter 7 | $ | **0.00** |

Chapter 13 Model Plan - version 3.0

4

## ATTACHMENT 2

### CHAPTER 13 MODEL WORKSHEET
LOCAL BANKRUPTCY RULE 3015-1(B)(2 E.D.M.)

1. Length of Plan is **60** months  **Confirmation Date: 09/13/2013**

2. Initial Plan Payment:

   **Payments Paid to Date**    $138.00 per month x 13 months = $1,794.00

   Additional Payments:
   - **$1,260.00** per month x 48 months = **$60,480.00**
   - **$1,376.00** " x 6 months = **$8,256.00**

4. Lump Sums:    $**0.00**

5. Total to be paid into Plan (total of lines 2 through 4)    **$70,530.00**

6. Estimated Disbursements other than to Class 9 General Unsecured Creditors

   a. Estimated trustee's fees    **$3,200.00**

   b. Estimated Attorney Fees and costs through confirmation of plan    **$3,500.00**

   c. Estimated Attorney Fees and costs Post-confirmation through duration of Plan    $**0.00**

   d. Estimated Fees of Other Professionals    $**0.00**

   e. Total mortgage and other continuing secured debt payments    **$56,783.00** = 58 x $979.02

   f. Total non-continuing secured debt payments (including interest)    $**0.00**

   g. Total priority claims    **$350.00** = 320.03 @ 3% (State of MI)

   h. Total arrearage claims    **$5,091.00**

7. Total Disbursements other than to Class 9 General Unsecured Creditors (Total of lines 6.a through 6.h)    $ **68,924.00**

8. Funds *estimated* to be available for Class 9 General Unsecured Creditors (item 5 minus item 7)    $ **1,606.00**

COMMENTS:

# United States Bankruptcy Court
## Eastern District of Michigan

In re **James C Henderson, Jr.** / **Jodi K Henderson**  
Debtor(s)

Case No. **13-21476**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 11, 2014**, a copy of **DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN POST CONFIRMATION** was served electronically and by regular United States mail to all interested parties, the Trustee and all creditors listed on the matrix.

**/s/ Michael J Shovan**
**Michael J Shovan P43362**
**Law Office of Mike Shovan PC**
**5090 State Street**
**Building A**
**Saginaw, MI 48603-7706**
**(989) 233-9389 Fax:(989) 262-4027**
**mike@mikeshovan.com**